## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

David Solomon, Haines &  :
Kibblehouse, Inc., O'Neil Properties  :
Group, Henkels & McCoy  :
and Commonwealth of Pennsylvania  :
  :
David Solomon and Fanya Solomon  :  No. 681 C.D. 2017
  :
v.  :
  :
Joseph D. Hulme, IV  :
  :
v.  :
  :
Haines & Kibblehouse, Inc.  :
  :
Appeal of: Joseph D. Hulme, IV  :

# **O R D E R**

NOW, June 11, 2018, having considered appellees' joint application for reargument, the application is denied.

MARY HANNAH LEAVITT,
President Judge